UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RON COLE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00602-O |
| § | |
| ABBOTT LABORATORIES INC., § | |
| ET AL., § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Due to Plaintiff's failure to serve process, this case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure Rule 4(m).

2. Each party shall bear the costs, expenses, and attorneys' fees incurred by that party.

**SO ORDERED** on this **18th day** of **December, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE